**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

WILLIE SHAVERS
ADC # 108973                                                                    PLAINTIFF


V.                                    4:08CV00616 BSM



WILLIAM G. JONES, Police Officer, North Little Rock
Police Department; MARK WIGGINS, Police Officer,
North Little Rock Police Department; and TODD A.
SPAFFORD, Sgt., North Little Rock Police Department            DEFENDANTS


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE.   Furthermore, the Court

certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this

Judgment and the accompanying Order would not be taken in good faith.

DATED this 15th day of October, 2008.


_____
UNITED STATES DISTRICT JUDGE